# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**James David White**
    Debtor

Case No.:  14–30035–EJC

Judge:  Edward J. Coleman III

Chapter:  7

## DEFICIENCY NOTICE REQUIRING DEBTOR TO FILE NECESSARY PAPERS

Pursuant to the Bankruptcy Code and Rules, the following documents are due by **February 18, 2014** <u>unless</u> otherwise noted below:

- ☐ Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement
- ☑ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedules A–J with Declaration Concerning Debtor's Schedules
- ☑ Statement of Financial Affairs
- ☑ Chapter 7 Individual Debtor's Statement of Intent (If debtor's schedule of assets and liabilities includes consumer debts secured by property of the estate pursuant to 11 USC 521(a)(2)) *–DUE BY March 5, 2014*
- ☑ Chapter 7 Statement of Current Monthly Income – Means Test
- ☑ Notice to Individual Consumer Debtor
- ☐ Chapter 13 Statement of Current Monthly Income
- ☑ Certification of Creditor Mailing Matrix
- ☑ Creditor Mailing Matrix
- ☐ Statement of Social Security Number
- ☐ Application to Pay Filing Fee in Installments
- ☐ Certification of Credit Counseling
- ☑ Transmittal of Pay Advices with copies of all payment advices or other evidence of payment received by debtor(s) from any employer within 60 days prior to filing of the petition
- ☐ Chapter 13 Plan
- ☐ Motion Regarding Chapter 13 Plan Payments with Proposed Order
- ☑ Schedules A,B,C,D,F,G,H,I,J with Declaration Concerning Debtor's Schedules

Failure to file the aforementioned documents by the date shown above will cause your case to be dismissed with prejudice without further notice. Copies of these forms are available on the Court's website at www.gasb.uscourts.gov.

*Lucinda B. Rauback, CLERK*
United States Bankruptcy Court
PO Box 1487
Augusta, GA 30903

Dated **February 4, 2014**
GASDEF [Rev. 05/13] CT